

# United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 3, 2021

 Orange County Superior Court 
 700 Civic Center Drive 
 Santa Ana, CA 92701 

Re:  Case Number:  ____8:21–cv–00868–JVS–ADS____
     Previously Superior Court Case No.  ____30–02020–01154674–CU–PO–CJC____
     Case Name:  ____Janie Michelle Scott v. Costco Wholesale Corporation et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____6/2/21____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701–4516

Respectfully,

Clerk, U.S. District Court

By:  _/s/ Benjamin Moss_ 
     Deputy Clerk
     Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

═══════════════════════════════════════

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____
Date                                        Deputy Clerk

CV–103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)